FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL DOOLEY, individually and as Personal Representative of the Estate of ANNETTE DOOLEY, and on behalf of the marital community of MICHAEL DOOLEY and ANNETTE DOOLEY,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES BAKERY, Inc., d/b/a/ FRANZ BAKERY, an Oregon State Corporation,<br><br>　　　Defendant. | No. 2:18-cv-00086-SAB<br><br><br><br><br>**ORDER DISMISSING ACTION** |

　　Before the Court is the parties' Stipulation for Order of Dismissal with Prejudice, ECF No. 11. The parties stipulate that the above-captioned action, including all cross-complaints and counterclaims be dismissed with prejudice and without costs to any of the parties.

　　Accordingly**, IT IS HEREBY ORDERED:**

　　1. The Court accepts the parties' Stipulation for Order of Dismissal with Prejudice, ECF No. 11.

　　2. The above-captioned action is **dismissed** with prejudice and without

**ORDER DISMISSING ACTION** ~ 1

costs to any of the parties.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 12th day of July 2018.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION** ~ 2